IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL 875 |
| This Document Relates to United States District Court for Maryland | 88-0887 |
| (See Attachment A) | |

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

_____
Charles R. Weiner